UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DALE KARJALA, | Civil No. 10-0766 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| TOYOTA MOTOR CORPORATION AND TOYOTA MOTOR SALES, USA, INC. | |
| Defendants. | |

This matter is before the Court on the parties' joint motion to stay this action pending ruling by the Judicial Panel of Mulitdistrict Litigation, filed March 29, 2010.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The joint motion for stay [Docket No. 4] is **GRANTED**.

2. All pretrial deadlines are stayed, including without limitation (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Minnesota, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") concerning the transfer of this action.

DATED: April 2, 2010             ____s/ John R. Tunheim____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                 United States District Judge